**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02651-GPG

ROBERTO GUTIERREZ URBINA,

Petitioner,

v.

TODD BLANCHE,
*in his official capacity as Acting Attorney General of the United States*,
MARKWAYNE MULLIN,
*in his official capacity as Secretary of Homeland Security*,
DAVID VENTURELLA[1],
*in his official capacity as Acting Director U.S. Immigration and Customs Enforcement,*
GEORGE VALDEZ[2],
*in his official capacity as Acting Field Office Director of Denver Field Office of the United States Immigration and Customs Enforcement, Enforcement and Removal Operations*,
JUAN BALTAZAR,
*in his official capacity as Warden of the ICE Denver Contract Detention Facility*, and

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 9] entered by United States District Judge Gordon P. Gallagher on June 26, 2026, and supplemented by Status Report [D. 10] by Respondents, it is

---

[1] Pursuant to Fed. R. Civ. P. 25(d), David Venturella in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, has automatically been substituted as a party to this action.
[2] Pursuant to Fed. R. Civ. P. 25(d), George Valdez in his official capacity as Acting Denver Field Office Director has automatically been substituted as a party to this action.

ORDERED that the Respondents have complied with the Order [D. 9] and Petitioner was granted bond in the amount of $4,500. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 14th day of July 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By: s/D. Clement
Deputy Clerk